**Entered on Docket
October 27, 2009**

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Credit Sussie First Boston ARMT 2005-10
09-74693 / 1205172337

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-12863-bam |
| Franklin Monroe Jackson | Motion no.<br>Date: 3/24/09<br>Time: 1:30 p.m. |
| Debtors. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on September 25, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2   above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to
3   Secured Creditor, U.S. Bank National Association, as Trustee for Credit Sussie First Boston ARMT
4   2005-10 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure
5   of and hold a Trustee's Sale of the subject property, generally described as 8700 Grazing Hill Ct. , Las
6   Vegas NV and legally described as follows:

PARCEL ONE (1):
Lot Eight Hundred One (801) in Block Twenty (20) of SPRING MOUNTAIN RANCH - UNIT 32, as shown by map thereof on file in Book 81 of Plats, Page 47, in the Office of the County Recorder of Clark County, Nevada.

PARCEL TWO (2):
A non-exclusive easement for ingress, egress and of enjoyment in to and over the Common Elements as set forth in the Master Declaration of Covenants, Conditions and Restrictions and Grant of Easements for Spring Mountain Ranch recorded September 9, 1997 in Book 970909 as Document No. 01825, as the same may from time to time be amended and/or supplemented in the Office of the County Recorder of Clark County, Nevada, which easement is appurtenant to Parcel One (1).

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

///
///
///

foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates

By /s/ Gregory L. Wilde
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107